Ameneyro v Hernandez (2024 NY Slip Op 03396)

Ameneyro v Hernandez

2024 NY Slip Op 03396

Decided on June 20, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 20, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
LARA J. GENOVESI
DEBORAH A. DOWLING
LOURDES M. VENTURA, JJ.

2022-05659
 (Index No. 550353/21)

[*1]David Ameneyro, respondent, 
v
Perla Xochitl Hernandez, appellant.

Carol Kahn, New York, NY, for appellant.
Ragues PLLC, Kingston, NY (Raymond Ragues of counsel), for respondent.
Jeffrey C. Bluth, New York, NY, attorney for the child.

DECISION & ORDER
In an action for a divorce and ancillary relief, the defendant appeals from an order of the Supreme Court, Kings County (Eric I. Prus, J.), dated June 16, 2022. The order granted those branches of the plaintiff's motion which were for a declaration that New York is the home state of the parties' child pursuant to the Uniform Child Custody Jurisdiction and Enforcement Act (Domestic Relations Law art 5-A) and to direct the defendant to return the child to New York.
ORDERED that the appeal is dismissed as academic, without costs or disbursements.
This appeal has been rendered academic by a resettled order dated March 27, 2023, which superseded the order appealed from (see Matter of Winona Pi. [Winona Pa.], 86 AD3d 542).
CONNOLLY, J.P., GENOVESI, DOWLING and VENTURA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court